**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Frank P. Zabrosky, Jr.                          CHAPTER 13
       aka Frank P. Zabrosky
       aka Frank Zabrosky                          BKY. NO. 19-11164 TPA
       Victoria E. Zabrosky

                   <u>Debtors</u>

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

        Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com