**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE District of -**

**RE:** :

: Bankruptcy Number:
:
:
**Debtor** : Chapter:
:
:
:
:
:

# REQUEST FOR NOTICES

## TO THE CLERK OF THE U. S. BANKRUPTCY COURT

Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, , hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

Dated:

By: _____/S/_____

Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
PO Box 68568
Harrisburg, PA 17121-8568
Telephone: (717) 787-7627
Fax: (717) 787-7671
Email: