IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
FRANK P. ZABROSKY, JR.          : BANKRUPTCY NO. 19-11164-GLT
VICTORIA E. ZABROSKY,           :
        Debtors                 : CHAPTER NO. 13
                                :
                                : Doc. No.
                                :

CERTIFICATE OF SERVICE

        I certify under penalty of perjury that I served this date, December 14, 2022, copies of the Debtors' Notice of Proposed Modification to Confirmed Plan Dated November 22, 2019, with Amended Chapter 13 Plan attached and with the Initial Confirmation hearing scheduled for January 24, 2022, at 10:00 a.m. on all creditors and parties of interest at the address set forth on the attached matrix. The type of service was by first class mail, postage prepaid. Type of service made on the party below was electronic notification also:

Ronda J. Winnecour, Esq.
cmecf@chapter13trusteewdpa.com

Dated: December 14, 2022

                        /s/ Gary V. Skiba
                        Gary V. Skiba, Esq.
                        300 State Street
                        Erie, PA 16507
                        814/456-5301
                        Fax No. 814/456-1112
                        Attorney for Debtors
                        PA Attorney I.D. No. 18153
                        gskiba@marshlaw.com

Label Matrix for local noticing
0315-1
Case 19-11164-GLT
WESTERN DISTRICT OF PENNSYLVANIA
Erie
Mon Nov 21 15:40:31 EST 2022

CSU - OUCTS, PA Labor & Industry
PA Department of Labor and Industry
Office of Unemployment Compensation
651 Boas Street, Room 702
Harrisburg, PA 17121-0751

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024-2302

Capital One Auto Finance, a division of Capi
P.O. Box 4360
Houston, TX 77210-4360

Capital One Auto Finance, a division of Capi
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Commonwealth of Pennsylvania
Department of Labor and Industry
Collections Support Unit
651 Boas Street, Room 925
Harrisburg, PA 17121-0751

Credit One
PO Box 60500
City of Industry, CA 91716-0500

Directv, LLC
by American InfoSource as agent
PO Box 5008
Carol Stream, IL  60197-5008

Erie Federal Credit Union
3503 Peach St.
Erie, PA 16508-2741

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Law Offices of Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406-4702

MidFirst Bank
999 NorthWest Grand Boulevard
Oklahoma City, OK 73118-6051

Midland Mortgage
A division of Mid First Bank
PO Box 26648
Oklahoma City, OK 73126-0648

Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

ONEMAIN FINANCIAL SERVICES, INC.
PO BOX 3251
EVANSVILLE, IN 47731-3251

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

OneMain Financial
2173 West 12th St.
Erie, PA 16505-4804

OneMain Financial
PO Box 64
Evansville, IN 47701-0064

PYOD, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Gary V. Skiba
300 State Street, Suite 300
Erie, PA 16507-1430

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Frank B. Zabrosky Jr.
3631 Julie Court
Erie, PA 16506-6009

Victoria E. Zabrosky
3631 Julie Court
Erie, PA 16506-6009

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MidFirst Bank

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33