```
                    IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    BANKRUPTCY NO. 19-11164-GLT
FRANK P. ZABROSKY, JR.,             :
VICTORIA E. ZABROSKY,               :
            Debtors                 :    CHAPTER NO. 13
                                    :
FRANK P. ZABROSKY, JR.,             :
VICTORIA E. ZABROSKY,               :
            Movants                 :
                                    :
        v.                          :
                                    :
NO RESPONDENT                       :
```

## CERTIFICATE OF SERVICE

I certify that this Court's order of January 30, 2023, Doc. No. 49, regarding an amended wage attachment order was mailed this date by first class mail, postage prepaid to the following:

Fort LeBouef School District
Attn.: Payroll
PO Box 810
Waterford, PA 16441

Dated: February 1, 2023

/s/ Gary V. Skiba
Gary V. Skiba, Esq.
300 State St., Suite 300
Erie, PA 16507
814/456-5301
Fax 814/456-1112
Attorney for Debtor
PA Attorney I.D. No. 18153
gskiba@marshlaw.com