**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>FRANK P. ZABROSKY, JR.<br>VICTORIA E. ZABROSKY<br><br>　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　Movant<br>　　vs.<br>CAPITAL ONE AUTO FINANCE - DIV<br>CAPITAL ONE NA<br><br>　　　　　Respondents | Case No. 19-11164JCM<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　　VEHICLE HAS BEEN TOTALED

| | |
|---|---|
| CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Court claim# 2/Trustee CID# 2 |

The Movant further certifies that on 08/02/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| DEBTOR(S):<br>FRANK P. ZABROSKY, JR., VICTORIA E. ZABROSKY, 3631 JULIE COURT, ERIE, PA 16506 | DEBTOR'S COUNSEL:<br>GARY SKIBA ESQ**, MARSH LAW FIRM, 300 STATE ST STE 300, ERIE, PA 16507 |
|---|---|
| ORIGINAL CREDITOR:<br>CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA, C/O AIS PORTFOLIO SERVICES LP, PO BOX 4360, HOUSTON, TX 77210 | :<br>CAPITAL ONE BANK (USA) NA BY AMERICAN INFOSOURCE - AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118 |
| NEW CREDITOR: | |