IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 19-11164-JCM |
| FRANK. P. ZABROSKY, JR. | : |
| VICTORIA E. ZABROSKY, | : |
| Debtors | : CHAPTER NO. 13 |
| | : |
| FRANK P. ZABROSKY, JR. | : |
| VICTORIA E. ZABROSKY, | : |
| Movants | : |
| | : |
| v. | : |
| | : |
| RONDA J. WINNECOUR, ESQ., | : |
| CHAPTER 13 TRUSTEE, | : |
| Respondent | : |

ORDER

AND NOW, this 31st day of August, 2023, upon consideration of the foregoing Consent Motion for Stipulated Order, it is hereby ORDERED that AAA Insurance is authorized to pay Capital One Auto Finance, a division of Capital One, N.A., the sum of $2,026.76 in full payment of its claim secured by the debtors' 2010 Dodge Caravan and to the debtors Frank P. Zabrosky, Jr., and Victoria E. Zabrosky the sum of $4,084.46 for their equity in the vehicle in payment of the debtors' Claim No. 015955097, which involved the total loss of the debtors' said 2010 Dodge Caravan in an auto accident on July 20, 2023. *On or before September 14, 2023,* the Debtors shall file an Amended Plan or a Stipulated Order Modifying the Plan to remove Capital One, N.A. as a payee under the Chapter 13 Plan.

SIGNED
8/31/23 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

jlm
John C. Melaragno, Judge
United States Bankruptcy

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-11164-JCM

Frank P. Zabrosky, Jr.                                                              Chapter 13

Victoria E. Zabrosky

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                                   User: auto                                          Page 1 of 2

Date Rcvd: Aug 31, 2023                         Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Aug 31 2023 23:44:55 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2023                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:**

**Name                          Email Address**

Brian Nicholas
                    on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com

CSU - OUCTS, PA Labor & Industry
                    ra-li-ucts-bankpitts@state.pa.us

Gary V. Skiba
                    on behalf of Plaintiff Frank P. Zabrosky  Jr. gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com

Gary V. Skiba
                    on behalf of Debtor Frank P. Zabrosky  Jr. gskiba@marshlaw.com, DGeniesse@marshlaw.com;rose227@hotmail.com

District/off: 0315-1                              User: auto                                    Page 2 of 2

Date Rcvd: Aug 31, 2023                           Form ID: pdf900                               Total Noticed: 1

Gary V. Skiba
                    on behalf of Joint Debtor Victoria E. Zabrosky gskiba@marshlaw.com  DGeniesse@marshlaw.com;rose227@hotmail.com

Gary V. Skiba
                    on behalf of Plaintiff Victoria E. Zabrosky gskiba@marshlaw.com  DGeniesse@marshlaw.com;rose227@hotmail.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 8