IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| FRANK P. ZABROSKY, JR. | : | BANKRUPTCY NO. 19-11164-JCM |
| VICTORIA A. ZABROSKY, | : | |
|     Debtors | : | |
| | : | CHAPTER NO. 13 |
| FRANK P. ZABROSKY, JR. | : | |
| VICTORIA A. ZABROSKY, | : | |
|     Movants | : | DOC. NO. |
| | : | |
|     vs. | : | |
| | : | |
| RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Respondent | | |

SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
AMENDED CHAPTER 13 PLAN

The undersigned hereby certifies that agreement has been reached
with the respondent(s) regarding the Stipulated Order Modifying the
Plan filed on December 14, 2022.

The undersigned further certifies that:

    ____       An agreed order and a redline version showing the
changes made to the order originally filed with
the court as an attachment to the motion is
attached to this Certificate of Counsel. Deletions
are signified by a line in the middle of the original
text (strikeout) and additions are signified by text
in italics. It is respectfully requested that the
attached order be entered by the Court.

    XXX       No other order has been filed pertaining to the
subject matter of this agreement.

    ___       The attached document does not require a proposed
order.

Dated: September 12, 2023

By:/s/ Gary V. Skiba
   Gary V. Skiba, Esq.
   300 State Street, Suite 300
   Erie, PA 16507
   814/456-5301
   PA Attorney ID No. 18153
   Attorney for Debtors

50860-bkr

FORM JCM 13-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
**FRANK P. ZABROSKY, JR.**                     **Case No. 19-11164-JCM**
**VICTORIA A. ZABROSKY**

**Chapter 13**

**Debtor(s).**

---

### STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑        a motion to dismiss case or certificate of default requesting dismissal

☒        a plan modification sought by:  the debtors.

❑        a motion to lift stay
         as to creditor        _____

❑        Other:                _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❑ Chapter 13 Plan dated _____
x Amended Chapter 13 Plan dated December 14, 2022.

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒        Debtor(s) Plan payments shall be changed from $2,895.00 to
         $2824.00 per month, effective immediately; and/or the Plan term shall be changed
         from ____ months to _____ months.                                    .

[04/22]                                    -1-

FORM JCM 13-3

 

❑       In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑       Debtor(s) shall file and serve _____ on or before _____.

❑       If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑       If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒       Other: No additional payments shall be made to Capital One in light of full payment by debtors' insurer per this Court's order of August 31, 2023, Doc. No. 58.

 

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

 

*[Remainder of Page Intentionally Left Blank]*

[04/22]                         -2-

FORM JCM 13-3

**SO ORDERED**, this _____ day of September, 2023.

Dated: _____

_____
John C. Melaragno, Judge
United States Bankruptcy Court

Stipulated by:                              Stipulated by:

/s/ Gary V. Skiba                           /s/ Owen Katz
Gary V. Skiba, Esq.                         Counsel to Chapter 13 Trustee
Counsel to Debtors

cc:   All Parties in Interest to be served by Clerk

[04/22]                                  -3-