UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Victoria Zabrosky  
3631 Julie CT  
Erie, PA 16506

CHAPTER: 13  
CASE NUMBER: 19-11164  
CLAIM AMOUNT: $224.27

Debtors.

_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM   #14

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 1/21/2020, in the amount of $224.27.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 25th day of September, 2023.

Jefferson Capital Systems LLC

By: /s/ Karen Borgmann  
Karen Borgmann   Bankruptcy Specialist

Jefferson Capital Systems, LLC  
200 14th Avenue E  
Sartell, MN 56377  
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Victoria Zabrosky<br>3631 Julie CT<br>Erie, PA 16506 |
| Debtor's Attorney: | Gary Skiba<br>300 State ST STE 300<br>Erie, PA 16507 |
| Chapter 13 Trustee: | Ronda J. Winnecour<br>600 Grant Street<br>Pittsburgh, PA 15219 |

by submitting electronically with the court.

This 25th day of September, 2023.

Jefferson Capital Systems LLC

By: /s/ Karen Borgmann
Karen Borgmann   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314