**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/25/2023

IN RE:

FRANK P. ZABROSKY, JR.
VICTORIA E. ZABROSKY
3631 JULIE COURT
ERIE, PA 16506
XXX-XX-4953          Debtor(s)

XXX-XX-7366

Case No. 19-11164

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/25/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**AIS PORTFOLIO SERVICES (AMERICAN INFO SC**  
ATTN BANKRUPTCY NOTICING  
4515 N SANTA FE AVE DEPT APS  
OKLAHOMA CITY, OK  73118  

Trustee Claim Number: 1   INT %: 0.00%  
Court Claim Number:  
CLAIM:  0.00  
COMMENT:  CAP 1 AUTO/PRAE  

CRED DESC:  NOTICE ONLY  
ACCOUNT NO.:  

---

**CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON**  
C/O AIS PORTFOLIO SERVICES LP  
PO BOX 4360  
HOUSTON, TX  77210  

Trustee Claim Number: 2   INT %: 7.00%  
Court Claim Number: 2  
CLAIM:  5,118.95  
COMMENT:  NO PMTS/STIP OE*$CL-PL@7%/PL*TOTALED  

CRED DESC:  VEHICLE  
ACCOUNT NO.:  8537  

---

**MIDFIRST BANK SSB***  
ATTN BANKRUPTCY TRUSTEE PMTS*  
999 NW GRAND BLVD STE 100  
OKLAHOMA CITY, OK  73118  

Trustee Claim Number: 3   INT %: 0.00%  
Court Claim Number: 16  
CLAIM:  0.00  
COMMENT:  CL16GOV W/PMT CHANGES*DKT4PMT-LMT*BGN 12/19*DK  

CRED DESC:  MORTGAGE REGULAR PAYMEN  
ACCOUNT NO.:  2979  

---

**ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M**  
C/O ONE MAIN(*)  
PO BOX 3251  
EVANSVILLE, IN  47731-3251  

Trustee Claim Number: 4   INT %: 7.00%  
Court Claim Number: 9  
CLAIM:  4,712.50  
COMMENT:  $CL-PL-OE@7%/PL*W/11  

CRED DESC:  VEHICLE  
ACCOUNT NO.:  5292  

---

**CAPITAL ONE BANK (USA) NA BY AMERICAN INF**  
PO BOX 71083  
CHARLOTTE, NC  28272-1083  

Trustee Claim Number: 5   INT %: 0.00%  
Court Claim Number: 4  
CLAIM:  1,133.48  
COMMENT:  HSBC BANK  

CRED DESC:  UNSECURED CREDITOR  
ACCOUNT NO.:  9134  

---

**CAPITAL ONE BANK (USA) NA BY AMERICAN INF**  
PO BOX 71083  
CHARLOTTE, NC  28272-1083  

Trustee Claim Number: 6   INT %: 0.00%  
Court Claim Number: 3  
CLAIM:  1,488.05  
COMMENT:  HSBC BANK  

CRED DESC:  UNSECURED CREDITOR  
ACCOUNT NO.:  6005  

---

**CAPITAL ONE BANK (USA) NA BY AMERICAN INF**  
PO BOX 71083  
CHARLOTTE, NC  28272-1083  

Trustee Claim Number: 7   INT %: 0.00%  
Court Claim Number: 5  
CLAIM:  1,966.49  
COMMENT:  CAP 1  

CRED DESC:  UNSECURED CREDITOR  
ACCOUNT NO.:  7887  

---

**LVNV FUNDING LLC**  
C/O RESURGENT CAPITAL SVCS  
PO BOX 10587  
GREENVILLE, SC  29603-0587  

Trustee Claim Number: 8   INT %: 0.00%  
Court Claim Number: 1  
CLAIM:  1,891.88  
COMMENT:  CREDIT ONE BANK  

CRED DESC:  UNSECURED CREDITOR  
ACCOUNT NO.:  3039  

---

**ONE MAIN BANK(*)**  
PO BOX 3251  
EVANSVILLE, IN  47731-3251  

Trustee Claim Number: 9   INT %: 0.00%  
Court Claim Number: 7  
CLAIM:  1,007.15  
COMMENT:  

CRED DESC:  UNSECURED CREDITOR  
ACCOUNT NO.:  2325  

---

**KML LAW GROUP PC***  
701 MARKET ST STE 5000  
PHILADELPHIA, PA  19106  

Trustee Claim Number: 10   INT %: 0.00%  
Court Claim Number:  
CLAIM:  0.00  
COMMENT:  MIDFIRST BANK/PRAE  

CRED DESC:  NOTICE ONLY  
ACCOUNT NO.:

| Creditor | Claim Info | Description |
|---|---|---|
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M.**<br>C/O ONE MAIN(*)<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  4,678.96<br>COMMENT:  $/STIP OE*NO GEN UNS/SCH*W/4 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5992 |
| **ERIE FEDERAL CREDIT UNION(*)**<br>3503 PEACH ST<br>ERIE, PA  16508 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  277.11<br>COMMENT:  NT/SCH*CHARGED OFF CHECKING ACCT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3381 |
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  197.81<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8076 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX  77210-4457 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  558.31<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:11<br>CLAIM:  294.30<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4953 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  420.33<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7366 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  372.99<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7366 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  224.27<br>COMMENT:  REF 3324911082*NT/SCH*VERIZON*STALE~EMAIL DONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **MIDFIRST BANK SSB***<br>ATTN BANKRUPTCY TRUSTEE PMTS*<br>999 NW GRAND BLVD STE 100<br>OKLAHOMA CITY, OK  73118 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  9,317.03<br>COMMENT:  CL16GOV*$CL-PL*THRU 11/19 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  8234 |

| CLAIM RECORDS | | |
|---|---|---|
| **PYOD LLC** <br> C/O RESURGENT CAPITAL SVCS <br> POB 19008 <br> GREENVILLE, SC  29602 | Trustee Claim Number:21  INT %: 0.00% <br> Court Claim Number:15 <br><br> CLAIM:  0.00 <br> COMMENT: CL 15@$4,022.85 W/D-DOC 34*ORDER@DOC 35 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2413 |
| **COMMONWEALTH OF PA - DEPT OF LABOR & IN** <br> COLLECTIONS SUPPORT UNIT - NOTICES <br> PO BOX 68568 <br> HARRISBURG, PA  17121-8568 | Trustee Claim Number:22  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  /PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |