IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 19-11164-JCM |
| FRANK P. ZABROSKY, JR., | : | |
| VICTORIA E. ZABROSKY, | : | |
| Debtors | : | CHAPTER NO. 13 |
| | : | |
| FRANK P. ZABROSKY, JR., | : | |
| VICTORIA E. ZABROSKY, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

CERTIFICATE OF SERVICE

I certify that this Court's order of December 15, 2023, Doc. No. 72, regarding an amended wage attachment order was mailed this date by first class mail, postage prepaid to the following:

Fort LeBouef School District
Attn.: Payroll
34 East Ninth Street
PO Box 810
Waterford, PA 16441

Dated: December 18, 2023

/s/ Gary V. Skiba
Gary V. Skiba, Esq.
300 State St., Suite 300
Erie, PA 16507
814/456-5301
Fax 814/456-1112
Attorney for Debtor
PA Attorney I.D. No. 18153
gskiba@marshlaw.com