**Fill in this information to identify the case:**

Debtor 1  Frank P. Zabrosky

Debtor 2  Victoria E. Zabrosky
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA

Case number  19-11164 JCM

Form 4100R

# Response to Notice of Final Cure Payment                                  10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:**  MIDFIRST BANK                **Court claim no.** (if known):  16

**Last 4 digits** of any number you use to identify the debtor's account:  2979

**Property address:**
3631 Julie Court
Erie, PA 16506

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  01 / 01 / 2025

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                              (a)   $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:      + (b)   $ _____
c. **Total.** Add lines a and b.                                         (c)   $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Document ID: 3a66d6a6fc33fef14015aa4724e1387b8f56c37768abe6d880297e31f115adf6

| Debtor(s) | Frank P. Zabrosky and Victoria E. Zabrosky | Case Number *(if known)*: 19-11164 JCM |
|---|---|---|
| | First Name   Middle Name        Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Brent J. Lemon*
Brent Lemon
16 Jan 2025, 10:01:47, EST

Date    01/16/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Victoria E. Zabrosky<br>　　　Frank P. Zabrosky Jr. aka Frank<br>P. Zabrosky aka Frank Zabrosky<br>　　　　　　　　　　　　Debtor(s) | BK NO. 19-11164 JCM<br><br>Chapter 13<br><br>Related to Claim No. 16 |
| MIDFIRST BANK<br>　　　　　　　　　　　　Movant<br>vs.<br><br>Victoria E. Zabrosky<br>Frank P. Zabrosky Jr. aka Frank P.<br>Zabrosky aka Frank Zabrosky<br>　　　　　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour,<br>　　　　　　　　　　　　Trustee | |

**CERTIFICATE OF SERVICE**
**RESPOSNE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT**

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 17, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Victoria E. Zabrosky
3631 Julie Court
Erie, PA 16506

Frank P. Zabrosky Jr. aka Frank P. Zabrosky aka
Frank Zabrosky
3631 Julie Court
Erie, PA 16506

Attorney for Debtor(s) (via ECF)
Gary V. Skiba, Esq.
300 State Street, Suite 300
Erie, PA 16507

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail.

Dated: January 17, 2025

　　　　　　　　　　　　　　　　　　　　　　**/s/ Brent J. Lemon**
　　　　　　　　　　　　　　　　　　　　　　Brent J. Lemon
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 86478
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　(412) 475-8764
　　　　　　　　　　　　　　　　　　　　　　blemon@kmllawgroup.com